**FILED**

MAY 1 0 2013

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY LEROY DAVIS,                          )
                                              )
                    Plaintiff,                )
                                              )
        v.                                    )        Civil Action No.   13- 676
                                              )
BARACK HUSSAIN OBAMA, *et al.*,               )
                                              )
                    Defendants.               )

### MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court will grant the application, and dismiss the complaint.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to

1

prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff generally complains of the actions and policies of the President of the United States and his administration. Notwithstanding plaintiff's demands for the issuance of "an original writ," a declaratory judgment and an award of $75,000, Compl. at 6, his pleading fails to articulate a viable legal claim. Neither plaintiff's allegations of "fraud, malice, wanton and willful misconduct," *id.*, nor the other assertions of the complaint comprise a short and plain statement of the claim showing that plaintiff is entitled to relief. As drafted, the complaint fails to comply with Rule 8(a), and it will be dismissed. An Order consistent with this Memorandum Opinion is issued separately.

United States District Judge

DATE: 5|6|13

2